UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **HEATHER HOPPER,**<br>Individually and on behalf<br>of others similarly situated,<br><br>    **Plaintiff,**<br><br>vs.<br><br>**CANTON PEDIATRIC DENTISTRY**<br>**P.C., ET AL.,**<br><br>    **Defendants.** | **JUDGMENT IN A CIVIL CASE**<br><br><br><br><br><br><br>CASE NO: 19-1071-STA-jay |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Notice of Voluntary Dismissal entered on June 17, 2019, this cause is hereby DISMISSED with prejudice.**

                                                        APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/17/2019                    THOMAS M. GOULD
                                   Clerk of Court

                                   s/Maurice B. BRYSON
                                   (By)  Deputy Clerk